IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MICHAEL MEDLYN,

        Petitioner,                    No. CIV S-11-0898 DAD P

    vs.

R. BARNES,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 7, 2012, the court received a letter from a woman stating that she is the mother-in-law of petitioner. The letter purports to provide an alibi for petitioner at the time of the murder for which he was convicted and which conviction he is challenging in these proceedings. The letter was not served on any party and it is not within the scope of the pleadings allowed by the Rules Governing Section 2254 Cases in the United States District Courts or the Rules of Civil Procedure. The letter also appears to be irrelevant to the

/////

/////

/////

/////

1

1  claims raised in the petition for writ of habeas corpus pending before this court.  Accordingly, the
2  court will order that the Clerk of the Court return the letter to the sender.
3           IT IS SO ORDERED
4  DATED: February 29, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:8
   medlyn898.ltr