1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN MICHAEL MEDLYN,

11              Petitioner,              No. CIV S-11-0898 DAD P

12        vs.

13   R. BARNES,

14              Respondent.              <u>ORDER</u>

15   _____/

16              Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On February 7, 2012, the court received a letter from a

18   woman stating that she is the mother-in-law of petitioner.  The letter purports to provide an alibi

19   for petitioner at the time of the murder for which he was convicted and which conviction he is

20   challenging in these proceedings.  The letter was not served on any party and it is not within the

21   scope of the pleadings  allowed by the Rules Governing Section 2254 Cases in the United States

22   District Courts or the Rules of Civil Procedure.  The letter also appears to be irrelevant to the

23   /////

24   /////

25   /////

26   /////

1

1   claims raised in the petition for writ of habeas corpus pending before this court.  Accordingly, the

2   court will order that the Clerk of the Court return the letter to the sender.

3           IT IS SO ORDERED

4   DATED: February 29, 2012.

7   DAD:8
   medlyn898.ltr

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE